# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   MARVA J HAYWOOD                                  Case No.: 06-07245

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/20/2006.

2) This case was confirmed on 08/16/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/03/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/11/2010.

6) Number of months from filing to the last payment:  54

7) Number of months case was pending:  57

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $   33,680.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 115,046.93 |
| Less amount refunded to debtor | $ 1,275.50 |
| **NET RECEIPTS** | $ 113,771.43 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,200.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 7,363.63 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 9,563.63 |
| Attorney fees paid and disclosed by debtor | $ 800.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BENEFICIAL ILLINOIS | SECURED | 700.00 | 1,685.44 | 1,536.14 | 1,536.14 | 171.40 |
| BENEFICIAL ILLINOIS | UNSECURED | 1,050.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | SECURED | 350.00 | 200.00 | 200.00 | 200.00 | 9.47 |
| DELL FINANCIAL SERVI | UNSECURED | 600.00 | 852.94 | 852.94 | 852.94 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 485.00 | 594.00 | 485.00 | 485.00 | 48.52 |
| LIGHTHOUSE FINANCIAL | SECURED | 420.00 | .00 | 690.00 | 690.00 | 80.54 |
| WELLS FARGO AUTO FIN | SECURED | 16,800.00 | .00 | 19,121.00 | 19,121.00 | 2,695.26 |
| WELLS FARGO HOME MOR | SECURED | 120,000.00 | 118,804.99 | 63,304.34 | 63,304.34 | .00 |
| WELLS FARGO HOME MOR | SECURED | 6,000.00 | 4,488.62 | 4,488.62 | 4,488.62 | .00 |
| AAA CHECKMATE | UNSECURED | 340.00 | 273.24 | 273.24 | 273.24 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 1,350.00 | 1,233.63 | 1,233.63 | 1,233.63 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 350.00 | 616.93 | 616.93 | 616.93 | .00 |
| B-REAL LLC | UNSECURED | 350.00 | 585.54 | 585.54 | 585.54 | .00 |
| CHECK N GO | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| CHICAGO POST OFFICE | UNSECURED | 1,850.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 650.00 | 666.70 | 666.70 | 666.70 | .00 |
| NICOR GAS | UNSECURED | 2,350.00 | 2,213.21 | 2,213.21 | 2,213.21 | .00 |
| NORTHWEST CAPITAL IN | UNSECURED | 1,700.00 | NA | NA | .00 | .00 |
| SIR FINANCE | UNSECURED | 750.00 | 816.00 | 816.00 | 816.00 | .00 |
| SURETY FINANCE CORP | UNSECURED | 500.00 | 187.00 | 187.00 | 187.00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,550.00 | 2,758.69 | 2,758.69 | 2,758.69 | .00 |
| VERIZON WIRELESS | UNSECURED | 600.00 | 597.01 | 597.01 | 597.01 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.=====================================================================.
| **Scheduled Creditors:**                                            |
|                                                                     |
| Creditor                 Claim        Claim       Claim   Principal     Int.  |
|   Name          Class   Scheduled    Asserted    Allowed     Paid      Paid   |
|                                                                     |
| B-LINE LLC            UNSECURED       NA       5,014.16      NA        .00      .00 |
| LIGHTHOUSE FINANCIAL  UNSECURED       NA         467.62    467.62    467.62     .00 |
| SURETY FINANCE CORP   SECURED         NA         360.00       .00       .00     .00 |
| SURETY FINANCE CORP   OTHER           NA         360.00      NA        .00      .00 |
| WELLS FARGO BANK      OTHER           NA          NA         NA        .00      .00 |
| ILLINOIS TITLE LOANS  UNSECURED       NA           .00     109.00    109.00     .00 |
| DELL FINANCIAL SERVI  OTHER           NA          NA         NA        .00      .00 |
| MAGNA SURGICAL        UNSECURED     100.00        NA         NA        .00      .00 |
| UNION PLUS CREDIT CA  UNSECURED   2,550.00        NA         NA        .00      .00 |
| ISAAC PAYNE JR        OTHER           NA          NA         NA        .00      .00 |
| ISAAC PAYNE JR        OTHER           NA          NA         NA        .00      .00 |
.=====================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 63,304.34 | 63,304.34 | .00 |
| Mortgage Arrearage | 4,488.62 | 4,488.62 | .00 |
| Debt Secured by Vehicle | 20,296.00 | 20,296.00 | 2,824.32 |
| All Other Secured | 1,736.14 | 1,736.14 | 180.87 |
| **TOTAL SECURED:** | 89,825.10 | 89,825.10 | 3,005.19 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 11,377.51 | 11,377.51 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 9,563.63 |
| Disbursements to Creditors | $ | 104,207.80 |
| **TOTAL DISBURSEMENTS:** | $ | 113,771.43 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   03/23/2011          /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**